IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JIM DAVIS                                                                                                          PLAINTIFF

VS.                                                              CIVIL ACTION NO: 3:05CV688WHB-JCS

HOMESTEAD AUTO SALES, INC.                    DEFENDANT/THIRD-PARTY PLAINTIFF

VS.

TRUMAN BAKER CHEVROLET CO. INC., AND
WHITE COUNTY TRUCK AND AUTO AUCTION            THIRD-PARTY DEFENDANTS

JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

THIS DAY THIS CAUSE CAME ON TO BE HEARD on the joint Motion ore tenus of the Plaintiff, Defendant/Third-Party Plaintiff, Homestead Auto Sales, Inc., Third Party Defendant, Truman Baker Chevrolet Co. Inc., and Third-Party Defendant White County Truck and Auto Auction for a Judgment of Dismissal without Prejudice in the above-entitled action, and that there remain no issues to be litigated by or between these parties, or adjudicated by the Court, and that these parties agree that the same should be dismissed without prejudice and consent to the entry of this Judgment, in term time or in vacation; the Court, having maturely considered same and being fully advised in the premises, is of the opinion, and finds, that said Motion is well-taken and should be sustained.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED, that this cause be, and the same hereby is, dismissed without prejudice as to any and all claims by the Plaintiff, against the Defendant, Homestead Auto Sales, Inc. with each party to bear its own costs.

IT IS, THEREFORE, FURTHER ORDERED AND ADJUDGED, that this cause be, and the same hereby is, dismissed without prejudice as to any and all claims made by the Defendant/Third-Party Plaintiff, Homestead Auto Sales, Inc., against the Third-Party Defendants, Truman Baker

Chevrolet Co. Inc., and Third-Party Defendant White County Truck and Auto Auction with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 29th day of June, 2006.

                                               s/William H. Barbour, Jr.
                                               UNITED STATES DISTRICT JUDGE

Submitted By:

/s/ Joe S. Deaton, III
Joe S. Deaton, III Esq. MSB #8839
MacNeill & Buffington, P.A.
1080 River Oaks Drive, Suite A-250
P.O. Box 12690
Jackson, MS  39236-2690
ATTORNEY FOR HOMESTEAD AUTO SALES, INC.


/s/ M.A. Bass
M.A. BASS, ESQUIRE
POST OFFICE BOX 712
HAZLEHURST, MISSISSIPPI 39083
ATTORNEY FOR PLAINTIFF

/s/ Clarence Guthrie, III
CLARENCE GUTHRIE, III, ESQUIRE
PHELPS DUNBAR
POST OFFICE BOX 23066
JACKSON, MISSISSIPPI 39225-3066